# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sotomayor, Sonia | Supreme Court of the United States | 05/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1 First Street, NE
Washington, DC 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Hostos Community College | 2/2/13 | Bronx, NY | Question and Answer Discussion | transportation and meals |
| 2. | Ralph L. Carr Judicial Center | 5/1 - 5/2/13 | Denver, CO | Keynote Address | transportion, lodging and meals |
| 3. | Yale University | 5/18 - 5/20/13 | New Haven, CT | Commencement Address and Acceptance of Honorary Degree | transportation, lodging and meals |
| 4. | Cardinal Spellman High School | 5/30 - 6/2/13 | Bronx, NY | Commencement Speech and meeting with students | transportation and meals |
| 5. | Marymount School | 6/11 - 6/12/13 | New York, NY | Commencement Address | transportation and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 05/01/2014 |

| 6. | Touro College Law School | 9/8 - 9/10/13 | New York, NY | Acceptance of the Bruce K. Gould Award and Discussion with students | transportation and meals |
|---|---|---|---|---|---|
| 7. | University of Delaware | 9/19/13 | Wilmington, DE | Question and Answer Discussin with students | transportation and meals |
| 8. | Harvard University | 10/1 - 10/3/13 | Cambridge, MA | Acceptance of DuBois Medal | transportation, lodging and meals |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 05/01/2014 |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Discover | Retail Credit Card | J |
| 2. | Visa | Retail Credit Card | J |
| 3. | Master Card | Retail Credit Card | J |
| 4. | American Express | Retail Credit Card | J |
| 5. | JP Morgan Chase, NA | Mortgage on Rental Property #1, New York, New York (Pt. VII, line 13) | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank Account (formerly ING Direct) | A | Interest | J | T | | | | | |
| 2. Citibank, N.A. Accounts | B | Interest | O | T | | | | | |
| 3. Morgan Stanley Bank, NA (H) | A | Interest | J | T | | | | | |
| 4. Pimco Total Return Fund - A | A | Dividend | | | Sold | 08/08/13 | L | | |
| 5. Templeton Global Bond A Fund | B | Dividend | K | T | | | | | |
| 6. Columbia TRI LC Growth Class A MF Fund | C | Dividend | L | T | | | | | |
| 7. Nuveen NWQ Large Cap Value A Fund | B | Dividend | L | T | | | | | |
| 8. Thornburg IN Growth A Fund | B | Dividend | L | T | | | | | |
| 9. Franklin FLTG RT DLY Access A Common | A | Dividend | K | T | Buy | 08/08/13 | K | | |
| 10. Morgan Stanley Bank, NA (IRA) (H) | A | Interest | J | T | | | | | |
| 11. Blackrock GLB Allocation FD Class A (IRA) | C | Dividend | L | T | | | | | |
| 12. Pimco Unconstrained BDA (IRA) | A | Dividend | K | T | Buy | 03/22/13 | K | | |
| 13. Rental Property #1, New York, NY Appraised 2012 | D | Rent | P1 | Q | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

-Part III - As I received no "Non-Investment Income" in 2013, Part III is marked "None". I have been advised by the Knopf Doubleday Group, publisher of my memoir, "My Beloved World", that it disbursed $26,858.49 during 2013 to promote the sale of the memoir. Those disbursements included the payment of expenses to third parties (e.g. transportation and lodging) in support of appearances I made in various locations in the United States, including a trip to Puerto Rico in April 2013.

I have also been advised that Vintage Books, an affiliate of Knopf Doubleday Group, disbursed $2,369.80 during 2013 to support the promotion of the paperback edition of "My Beloved World", which was released in January, 2014.

-Part IV, Item 1. - In conjunction with my visit to Hostos Community College, Knopf Doubleday Group sponsored a sales promotion of "My Beloved World".

- Part V, Gifts - During 2013 many people sent me gifts of books, art, jewelry and memorabilia. I have no reason to believe that any of those items exceeded the $350.00 limit. If I should learn otherwise, I will amend this form.

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/01/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sonia Sotomayor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544